

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00348-CV

**IN RE STONEBROOK MANOR SNF, LLC**
d/b/a Advanced Rehabilitation and Healthcare of Live Oak, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: September 30, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On July 7, 2020, relator filed a petition for writ of mandamus. The real party in interest filed a response to which relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-11058, styled *Olena O. Kelley, Individually and As Sole Heir to The Estate of Vira M. Zaytseva, Deceased v. Stonebrook Manor SNF, LLC d/b/a Advanced Rehabilitation and Healthcare of Live Oak, LLC*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Laura Salinas signed the order at issue in this original proceeding.